Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR16-92RSL |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |
| IRVIN MORENO, | ) | |
| Defendant. | ) | |

THE COURT having considered the unopposed motion of the parties to continue the trial date and extend the due date of the pretrial motions, and the records and files herein, hereby incorporates by reference the facts set forth in the motion and makes the following findings:

1. The Court finds that a failure to grant the requested continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective trial preparation and that these factors outweigh the best interests of the defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL DATE AND PTMs DUE
DATE - 1
*United States v. Moreno /* CR16-92RSL

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS THEREFORE ORDERED that Defendant's unopposed motion is GRANTED.  The trial date in this matter is continued from June 6, 2016, to November 28, 2016, at 9:00 a.m.  All pretrial motions, including motions in limine, shall be filed no later than October 20, 2016.

IT IS FURTHER ORDERED that the period of time from the date of this Order through the new trial date of November 28, 2016, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

DATED this 4th day of May, 2016.

Robert S. Lasnik
United States District Judge

Presented by:

*s/   Jesse G. Cantor*
Jesse G. Cantor
Attorney for Irvin Moreno

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL DATE AND PTMs DUE
DATE - 2
*United States v. Moreno /* CR16-92RSL

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**